IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WALTER BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:12-0012 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA ("CCA"), *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On June 5, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 134), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.

For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss (Docket No. 126) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 1st day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge